FILED by YH D.C.

Oct 22, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

20-20215-CR-GRAHAM/MCALILEY

CASE NO. _____

18 U.S.C. § 1956(h)
18 U.S.C. § 1956(a)(1)(B)(i)
18 U.S.C. § 982(a)(1)

UNITED STATES OF AMERICA

vs.

JOSE MANUEL SAMAME,
MICHAEL GONZALEZ, and
LEONARDO VILLA LAZO,

      Defendants.
_____/

## INFORMATION

The United States Attorney charges that:

### COUNT 1
### Conspiracy to Commit Money Laundering
### (18 U.S.C. § 1956(h))

From in or around November 2018, through in or around May 2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

JOSE MANUEL SAMAME,
MICHAEL GONZALEZ, and
LEONARDO VILLA LAZO,

did knowingly and willfully combine, conspire, confederate, and agree with each other, and with others known and unknown to the United States Attorney, to knowingly conduct a financial transaction affecting interstate and foreign commerce, which financial transaction involved the proceeds of specified unlawful activity, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, and knowing that the transaction was designed in whole and in part to conceal and disguise the nature, the location, the

ownership, and the control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

It is further alleged that the specified unlawful activity is wire fraud, in violation of Title 18, United States Code, Section 1343.

All in violation of Title 18, United States Code, Section 1956(h).

## COUNTS 2-6
## Laundering of Monetary Instruments
## (18 U.S.C. § 1956(a)(1)(B)(i))

On or about the dates specified as to each count below, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**JOSE MANUEL SAMAME,**
**MICHAEL GONZALEZ, and**
**LEONARDO VILLA LAZO,**

did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, which financial transaction involved the proceeds of specified unlawful activity, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, and knowing that the transaction was designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity:

| Count | Approximate Date of Transaction | Defendants | Approximate Amount | Description of Financial Transaction |
|---|---|---|---|---|
| 2 | December 5, 2018 | JOSE MANUEL SAMAME, MICHAEL GONZALEZ, and LEONARDO VILLA LAZO | $3,000.00 | Withdrawal by **LEONARDO VILLA LAZO** from Regions Bank account ending in 5713 |

2

| Count | Approximate Date of Transaction | Defendants | Approximate Amount | Description of Financial Transaction |
|---|---|---|---|---|
| 3 | December 31, 2018 | JOSE MANUEL SAMAME, MICHAEL GONZALEZ, and LEONARDO VILLA LAZO | $4,050.00 | Withdrawal by **LEONARDO VILLA LAZO** from Regions Bank account ending in 5713 |
| 4 | January 25, 2019 | JOSE MANUEL SAMAME and MICHAEL GONZALEZ | $12,000.00 | Withdrawal by **JOSE MANUEL SAMAME** from Regions Bank account ending in 3692 |
| 5 | January 26, 2019 | JOSE MANUEL SAMAME and MICHAEL GONZALEZ | $6,000.00 | Withdrawal by **JOSE MANUEL SAMAME** from Regions Bank account ending in 3692 |
| 6 | February 8, 2019 | JOSE MANUEL SAMAME, MICHAEL GONZALEZ, and LEONARDO VILLA LAZO | $3,350.00 | Withdrawal by F.R. from Regions Bank account ending in 9283 |

It is further alleged that the specified unlawful activity is wire fraud, in violation of Title 18, United States Code, Section 1343.

In violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

## FORFEITURE
## (18 U.S.C. § 982(a)(1))

1.  The allegations of this Information are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of certain property in which the defendants, **JOSE MANUEL SAMAME, MICHAEL GONZALEZ**, and **LEONARDO VILLA LAZO** have an interest.

2.  Upon conviction of a violation of Title 18, United States Code, Section 1956, as alleged in this Information, the defendant shall forfeit to the United States any property, real or

personal, involved in such violation, or any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1).

    3.    If any property subject to forfeiture, as a result of any act or omission of the defendant,

    (a)    cannot be located upon the exercise of due diligence,

    (b)    has been transferred or sold to, or deposited with, a third party,

    (c)    has been placed beyond the jurisdiction of the Court,

    (d)    has been substantially diminished in value, or

    (e)    has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

All pursuant to Title 18, United States Code, Section 982(a)(1), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1).

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
CHRISTOPHER B. BROWNE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JOSE MANUEL SAMAAME, ET AL.,

Defendants.       /

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)
- ✓ Miami
- ___ Key West
- ___ FTL
- ___ WPB
- ___ FTP

New defendant(s)         Yes ___   No ___
Number of new defendants     ___
Total number of counts       ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   Yes
   List language and/or dialect   Spanish

4. This case will take __5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days       ✓
   II   6 to 10 days      ___
   III  11 to 20 days     ___
   IV   21 to 60 days     ___
   V    61 days and over  ___

   (Check only one)
   Petty     ___
   Minor     ___
   Misdem.   ___
   Felony    ✓

6. Has this case previously been filed in this District Court?   (Yes or No)   No
   If yes: Judge                 Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes: Magistrate Case No.
   Related miscellaneous numbers:
   Defendant(s) in federal custody as of
   Defendant(s) in state custody as of
   Rule 20 from the District of

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ___   No ✓

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ___   No ✓

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   Yes ___   No ✓

_____
CHRISTOPHER B. BROWNE
AASISTANT UNITED STATES ATTORNEY
FL Bar No. 91337

*Penalty Sheet(s) attached                                                                 REV 8/13/2018

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: JOSE MANUEL SAMAME

**Case No**: _____

Count #: 1

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)

**\*Max. Penalty:**   Twenty (20) years' imprisonment

Counts #: 2-6

Laundering of Monetary Instruments

Title 18, United States Code, Section 1956(a)(1)(B)(i)

**\*Max. Penalty:**   Twenty (20) years' imprisonment as to each count

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: MICHAEL GONZALEZ

**Case No**: _____

Count #: 1

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)

**\*Max. Penalty:**   Twenty (20) years' imprisonment

Counts #: 2-6

Laundering of Monetary Instruments

Title 18, United States Code, Section 1956(a)(1)(B)(i)

**\*Max. Penalty:**   Twenty (20) years' imprisonment as to each count

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: LEONARDO VILLA LAZO

**Case No**: _____

Count #: 1

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)

**\*Max. Penalty:**     Twenty (20) years' imprisonment

Counts #: 2, 3, 6

Laundering of Monetary Instruments

Title 18, United States Code, Section 1956(a)(1)(B)(i)

**\*Max. Penalty:**     Twenty (20) years' imprisonment as to each count

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | Case No. |
| Jose Manuel Samame, | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| Michael Gonzalez, | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| United States of America | ) |
| v. | ) Case No. |
| Leonardo Villa Lazo, | ) |
|  | ) |
| *Defendant* | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*